**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Boutuivi Ahlin Sanvee,                                    Civil No. 12-1702 (RHK/JSM)

        Plaintiff,                                          **ORDER**

v.

Hennepin County Human Services, et al.,

        Defendants.

---

On August 10, 2012, Magistrate Judge Janie S. Mayeron issued a Report and Recommendation in this matter; she has recommended that Plaintiff's application to proceed in forma pauperis be denied and that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Although it does not appear that Plaintiff has filed Objections to the Report and Recommendation, this Court has reviewed de novo the recommended disposition of Judge Mayeron. That review satisfies the undersigned that the proposed disposition of Plaintiff's Complaint is satisfied by the factual record before the Magistrate Judge and that her recommendation is supported by controlling legal authorities.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED:**

    1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

    2. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

3.  This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 16, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge